IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Todd, Devris

Printed: 4/8/08

Case Number: 07 B 23921
Judge: Wedoff, Eugene R
Filed: 12/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | Deutsche Bank National | Secured | 17,200.00 | 0.00 |
| 5. | Santander Consumer USA | Unsecured | 1,977.93 | 0.00 |
| 6. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 7. | Chase Bank | Unsecured |  | No Claim Filed |
| 8. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 9. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,177.93 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

